AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAIME MUFFETT, a single man; and his company known as "Tuscan Sands Casino, LLC", a Washington limited liability company,

                Plaintiffs,

v.

CITY OF ZILLAH, a municipal corporation and political subdivision of the State of Washington; GARY CLARK, Mayor of the City of Zillah; SHARON BOUNDS, City Clerk, DAN HARGROVES, City Code Enforcement Officer; JOHN DOES 1-20,    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3058-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is awarded in favor of Defendant Sharon Bounds on all claims alleged against her and her marital community pursuant to the Order Granting Defendant Sharon Bounds Motion for Summary Judgment entered on October 1, 2009, Ct. Rec. 11.

October 1, 2009                                            JAMES R. LARSEN
*Date*                                                                    *Clerk*
                                                                        s/ Cora Vargas
                                                                        *(By) Deputy Clerk*
                                                                        Cora Vargas