UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME MUFFETT, a single man; and his company known as "Tuscan Sands Casino LLC,", a Washington limited liability company,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF ZILLAH, a municipal corporation and political subdivision of the State of Washington, et al.,<br><br>                Defendants. | NO. CV-09-3058-RMP<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS |

**THIS MATTER** came before the Court on July 1, 2010, for a telephonic status conference. Plaintiffs were represented by J. Jarrette Sandlin. The Defendants were represented by George Fearing. Before the Court is Plaintiffs' Response to Motion for Summary Judgment (Ct. Rec. 21) requesting the Court dismiss this action with prejudice and without costs. Accordingly, after hearing all parties are in agreement, **IT IS HEREBY ORDERED**:

    1. Plaintiffs' oral motion to dismiss is **GRANTED** and the matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** to any party.

    2. All pending motions are **DENIED AS MOOT**.

    3. The District Court Executive is ordered to **CLOSE** this file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this ___ day of July, 2010.

                                          s/ Rosanna Malouf Peterson
                                          ROSANNA MALOUF PETERSON
                                          United States District Court Judge

ORDER OF DISMISSAL